1  Rory C. Quintana (SBN 258747)
   QUINTANA HANAFI, LLP
2  351 California St., Ste. 300
   San Francisco, CA 94104
3  Telephone: (415) 504-3121
   Fax: (415) 233-8770
4  rory@qhplaw.com

5  *Attorney for Plaintiff Diane Woodruff*

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| **DIANE WOODRUFF,** an individual, | **CASE NO.: 5:16-cv-03567** |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| **CISCO SYSTEMS, INC.,** a California corporation; **ELITE OFFICE STAFF, INC.,** a North Carolina corporation; and **DOES 1 through 20**, inclusive, | **Judge:** Hon. Howard R. Lloyd |
| Defendants. | **Action Filed:** December 4, 2015 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1) Plaintiff DIANE WOODRUFF ("Plaintiff") voluntarily dismisses all claims brought in this action against Defendants CISCO SYSTEMS, INC. and ELITE OFFICE STAFF, INC. (herein "Defendants") with prejudice. In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendants have neither filed an Answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure is therefore appropriate.

Dated: August 25, 2016          Respectfully submitted,

                                QHP, LLP

                                By:____s/Rory C. Quintana_____
                                    Rory C. Quintana
                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Rory C. Quintana, hereby certify that on August 25, 2016, I served the following documents by electronic means on the parties listed below:

**NOTICE OF VOLUNTARY DISMISSAL**

Attorneys for Defendants:

Philip Griego
THE LAW OFFICE OF PHILLIP GRIEGO
95 South Market St., Ste. 520
San Jose, California 95113
Telephone: (408) 293-6341
Facsimile: (408) 293-1959
phil@griegolaw.com

Dated: August 25, 2016                    Respectfully submitted,

                                          QHP, LLP

                                          By:___s/Rory C. Quintana_____
                                                Rory C. Quintana
                                          *Attorney for Plaintiff Diane Woodruff*